UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62638-BLOOM/White

JUNIOR SIMON,

    Plaintiff,

v.

UNITED STATES,

    Defendant.
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Complaint, ECF No. [1], filed on October 31, 2018. This case was previously referred to the Honorable Patrick A. White for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [2]. On November 9, 2018, Judge White issued a R&R construing the Complaint as a habeas corpus petition under 22 U.S.C. § 2241, and recommending that this case be dismissed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), or in the alternative, for failure to exhaust state remedies as there is an ongoing state criminal proceeding. ECF No. [4]. The R&R also stated that Plaintiff could file any objections within fourteen days of receipt of a copy of the R&R. To date, Plaintiff has filed no objections, nor has he sought additional time in which to do so.

The Court has conducted a *de novo* review of Judge White's R&R, the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge White's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in Judge White's R&R and concludes that the Complaint must be dismissed for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge White's R&R, **ECF No. [4]**, is **ADOPTED**;

2. The Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**;

3. All pending motions are **DENIED AS MOOT**; and,

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of November, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Junior Simon, *pro se*
231802086
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, Florida 33310