# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-cv-62638-BLOOM/White

JUNIOR SIMON,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

_____/

## AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Objections filed by Plaintiff, ECF No. [9] ("Objections"), on December 6, 2018.[1] On November 9, 2018, Judge White issued a Report and Recommendation ("R&R") recommending that this case be dismissed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), or in the alternative, for failure to exhaust state remedies, as there is an ongoing state criminal proceeding. ECF No. [4]. Having received no objections and after *de novo* review, the Court entered an order adopting Judge White's R&R on November 30, 2018, ECF No. [7] ("Order"). Subsequent to the Order, Plaintiff filed his Objections. The Court has nevertheless reviewed the R&R and the record in light of the Objections, and determines that the Objections are due to be overruled.

First, the Objections are improper as they simply restate or expand upon Plaintiff's claim. "It is improper for an objecting party to . . . submit [ ] papers to a district court which are nothing more than a rehashing of the same arguments and positions taken in the original papers submitted to the Magistrate Judge. Clearly, parties are not to be afforded a 'second bite at the

---

[1] Plaintiff also filed a motion for extension of time to file objections, ECF No. [10], which the Court denied. *See* ECF No. [11].

apple' when they file objections to a R & R." *Marlite, Inc. v. Eckenrod*, No. 10-23641-CIV, 2012 WL 3614212, at *2 (S.D. Fla. Aug. 21, 2012) (quoting *Camardo v. Gen. Motors Hourly-Rate Emps. Pension Plan,* 806 F.Supp. 380, 382 (W.D.N.Y.1992)).  Second, the Objections make clear that state criminal proceedings are ongoing.

Therefore, the Court continues to find Judge White's R&R to be well reasoned and correct.  The Court agrees with the analysis in Judge White's R&R and concludes that the Complaint must be dismissed for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1.   The Objections, **ECF No. [9]**, are **OVERRULED**;

2.   Magistrate Judge White's R&R, **ECF No. [4]**, is **ADOPTED**;

3.   The Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**;

4.   All pending motions are **DENIED AS MOOT**; and,

5.   This case shall remain closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of December, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Junior Simon, *pro se*
231802086
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, Florida 33310